**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ANGELICK KELLAM**,<br><br>    Plaintiff(s),<br><br>      vs.<br><br>**SAINT FRANCIS MEDICAL CENTER**<br>**and EXPRESS SERVICES, INC.**<br><br>    Defendant(s).| )<br>)<br>)<br>)<br>)    Case No. 4:26CV01057-UNA<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The above-styled and numbered case was removed from Butler County Circuit Court on July 2, 2026, and assigned to the Eastern Division. After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly, the above-styled case is transferred to the Southeastern Division and assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:26CV00159 ACL.

Cause number 4:26CV01057 UNA shall be administratively closed.

NATHAN M. GRAVES
CLERK OF COURT

Dated: July 7, 2026

By: /s/__Katie Spurgeon_____
Chief Deputy of Operations

**In all future documents filed with the Court, please use the following case number 1:26CV00159 ACL.**